# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA C. MORENO ) | Case No.: 1:13-cv-01372-BAM |
| Plaintiff, ) | |
| v. ) | ORDER EXTENDING BRIEFING SCHEDULE |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. ) | |
| Defendant. ) | |

Based upon the stipulation of the parties, and for good cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, up to and including May 19, 2014, in which to file Plaintiff's Motion for Summary Judgment. All other deadlines set forth in the August 29, 2013 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **April 24, 2014**                      /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE