UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | | |
|---|---|---|
| MARIA C. MORENO, | ) | Case No. 1:13-cv-01372-BAM |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING EXTENSION** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   The parties have filed a Stipulation to extend the time for the Commissioner to file a responsive brief. (Doc. 15.) For good cause shown, the Stipulation is GRANTED. The Commissioner's responsive brief shall be due on July 18, 2014.

IT IS SO ORDERED.

   Dated:   **June 27, 2014**               /s/ Barbara A. McAuliffe         _
                                   UNITED STATES MAGISTRATE JUDGE